DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORETTA B. LEONARD** and **CHRISTOPHER D. FREEMAN,**
Appellants,

v.

**OMEGA CONDOMINIUM NO. 10, INC.,**
Appellee.

Nos. 4D21-3312 and 4D21-3313

[June 16, 2022]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case Nos. CACE15-012367 and COWE17-24153.

Christopher D. Freeman, Plantation, pro se.

Loretta B. Leonard, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***